ALBERT J. BORO, JR. (CA Bar #126657)
*ajboro@boro-law.com*
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 276-5870

Attorney for Defendant
ANTOYNE BULLOCK

FILED
AUG 04 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTOYNE TERRELL BULLOCK,<br>Defendant. | No. 24-cr-00115-JST [KAW]<br>RELEASE ORDER |

IT IS HEREBY ORDERED that the U.S. Marshals Service shall arrange for the release from federal custody of defendant Antoyne Terrell Bullock (Booking No. 2610878) on Tuesday, August 4, 2026, no later than 3:00 p.m. PDT, so that he may report to the San Francisco Residential Reentry Center located at 111 Taylor Street, San Francisco, CA 94102, that same day. Mr. Bullock shall participate in substance abuse and mental health treatment as directed by his U.S. Probation officer.

Dated: August 4, 2026

Kandis Westmore
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE